UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-M-1124

FILED
DEC 2 0 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRITZ MARCELL NOEL | ) | |

The Government's motion is hereby granted.  The case is dismissed.

12-20-2010
~~12-10-~~
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE